

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2015

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2015

**By Email**

**MEMORANDUM ENDORSED**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:   *United States of America* v. *Jon Cruz*
      15 Mag. 706 (UA)

Dear Judge Woods:

      The Government respectfully submits this letter regarding the bail conditions for defendant Jon Cruz. As the Court is aware, the New York City Department of Education ("DOE") sought on March 13, 2015 to modify the terms of the defendant's bail to allow the defendant to attend a probable cause hearing regarding his payroll status as a city employee. The Court denied the DOE's request on the ground that the DOE lacked standing to seek modification of the terms of Cruz's pre-trial release. The Court directed that the DOE consult the Government and defense counsel regarding its request, and that the Government confer with defense counsel and Pretrial Services to determine whether further application concerning the defendant's bail conditions should be made.

      Having conferred, the parties jointly request that Cruz's bail conditions be modified to allow the defendant to leave his parents' home to attend a probable cause hearing scheduled by the DOE and Pretrial Services. The parties and Pretrial Services further request that the modified conditions specify that the time, date, location, and duration of the hearing be

1

approved by Pretrial Services, and that Cruz be accompanied to and from the hearing by his attorney and at least one of his parents.

          Respectfully submitted,

          PREET BHARARA
          United States Attorney
          Southern District of New York

By: _____/s/_____
    Shawn Crowley
    Assistant United States Attorney
    (212) 637-1034

cc:    Steve Zissou, Esq.
       Jason Lerman, Pretrial Services

Application granted. Mr. Cruz may leave his parents' home to attend a probable cause hearing scheduled by the DOE and Pretrial Services. The date, time, location, and duration of the hearing must be approved by Pretrial Services. Mr. Cruz must be accompanied to and from the hearing by his attorney and at least one of his parents. Mr. Cruz must return to home incarceration in his parents' home immediately following the end of the hearing.

SO ORDERED.

Dated: March 24, 2015
New York, New York

                    GREGORY H. WOODS
                    United States District Judge